# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 28, 2014                         Time in Court: 2 hours & 44 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:24 to 11:41; 12:56 to 2:23)

---

**TITLE: Choose Energy, Inc. v. American Petroleum Institute**
**CASE NUMBER**: CV14-04557 PSG
Plaintiff Attorney(s) present: Michael Erickson & Jeffrey Faucette.  Also present: Kerry Cooper
Defendant Attorney(s) present: Scott Mosko.  Also present: Brett Heavner, *telephonically*

---

### PROCEEDINGS:
### Plaintiff's Motion for Temporary Restraining Order & Order to Show Cause Re Preliminary Injunction (Dkt. 4)

The court takes matter under submission; written order to be issued.

///