UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHOOSE ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PETROLEUM INSTITUTE, <br><br> Defendant. | Case No. 5:14-cv-04557-PSG <br><br> **JUDGMENT** |

The court has granted Defendant American Petroleum Institute's motion to dismiss.[1] Because further amendment would be futile, leave to amend is denied.[2] The Clerk shall close the file.

**SO ORDERED.**

Dated: September 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 81.

[2] See id. at 8; Carolina Cas. Ins. Co. v. Team Equip., Inc., 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing McQuillion v. Schwarzenneger, 369 F.3d 1091, 1099 (9th Cir. 2004))).