B. Brett Heavner (*pro hac vice*)
brett.heavner@finnegan.com
Margaret A. Esquenet (*pro hac vice*)
margaret.esquenet@finnegan.com
Naresh Kilaru (*pro hac vice*)
naresh.kilaru@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400


Scott R. Mosko (State Bar No. 106070)
smosko@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California  94025
Telephone:  (650) 812-3496
Facsimile:   (650) 812-3444


Attorneys for Defendant
AMERICAN PETROLEUM INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHOOSE ENERGY, INC., | CASE NO. 3:14-cv-04557-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN PETROLEUM INSTITUTE, | |
| Defendant. | |

The parties, through their respective counsel and pursuant to Rule 41(a) dismiss this action with prejudice, each side to bear its own attorneys' fees and costs.

DATED:  June 16, 2016    RAY QUINNEY & NEBEKER P.C.

/s/ Michael K. Erickson
Michael K. Erickson

THORPE NORTH & WESTERN
Mark M. Bettilyon (*pro hac vice*)

SKAGGS FAUCETTE LLP
Jeffrey E. Faucette

*Attorneys for Plaintiff*

DATED:  June 16, 2016    CARR & FERRELL LLP

/s/Scott R. Mosko
Scott R. Mosko

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

B. Brett Heavner (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Naresh Kilaru (*pro hac vice*)

*Attorneys for Defendant*

I, Scott Mosko affirm I received permission to file this pleading with the electronic signature of Michael K. Erickson.

Dated: June 16, 2016

By:    */s/ Scott R. Mosko*
           Scott R. Mosko

Dated: June 16, 2016    IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge

1

Stipulation Dismissing Action
Case No. 3:14-cv-04557-JCS